(No. 74-CC-637—Claimant )

SOUTHEASTERN ILL. ELECTRIC COOP., INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CONSERVATION, Respondent.

*Opinion filed May 15, 1974.*

JOSEPH HALE, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-645—Claimant )

CAPITAL CHRYSLER PLYMOUTH, INC., Claimant, *vs.* STATE OF ILLINOIS, OFFICE OF THE COMPTROLLER, Respondent.

*Opinion filed May 15, 1974.*

CAPITAL CHRYSLER PLYMOUTH, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.